IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Brazley, Valerie | Case Number: 06 B 16240 |
| | Judge: Wedoff, Eugene R |
| Printed: 6/24/08 | Filed: 12/8/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: June 5, 2008
Confirmed: February 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 8,230.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 2,619.76 |
| Priority: | | 0.00 |
| Administrative: | | 1,814.00 |
| Trustee Fee: | | 245.29 |
| Other Funds: | | 3,550.95 |
| Totals: | 8,230.00 | 8,230.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 1,814.00 | 1,814.00 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Citi Residential Lending Inc | Secured | 18,806.75 | 0.00 |
| 4. | Corporate America Family CU | Unsecured | 1,592.41 | 1,592.41 |
| 5. | Cavalry Portfolio/Collection | Unsecured | 587.21 | 587.21 |
| 6. | Illinois Lending Corporation | Unsecured | 440.14 | 440.14 |
| 7. | AAA Checkmate LLC | Unsecured | | No Claim Filed |
| 8. | Brother Loan & Finance | Unsecured | | No Claim Filed |
| 9. | First Revenue Assurance | Unsecured | | No Claim Filed |
| 10. | Allied Interstate | Unsecured | | No Claim Filed |
| 11. | Sir Finance Corporation | Unsecured | | No Claim Filed |
| 12. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 13. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 23,240.51 | $ 4,433.76 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 59.04 |
| 5.4% | 186.25 |
| | _____ |
| | $ 245.29 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Brazley, Valerie

Printed:  6/24/08

Case Number:  06 B 16240
Judge:  Wedoff, Eugene R
Filed:  12/8/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

